UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH SIAS (#371351)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 11-31-BAJ-SCR

**RULING**

The Court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 13, 2012 (doc. 28), the plaintiff's objection thereto (doc.29), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's motion for summary judgment (doc. 25) is denied and the defendants' motion for summary judgment (doc. 21) is hereby granted. This action shall be dismissed with prejudice to the plaintiff filing a new civil action *in forma pauperis* based on the claim that his work release date was miscalculated.

Baton Rouge, Louisiana, January 31, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA